**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date October 21, 2026 Case # 3:26-cr-00189-VDO Dft # 1

Honorable Judge S. Dave Vatti

**UNITED STATES OF AMERICA** Deputy Clerk Abby Bociek

Vs. AUSA David Tien-Wei Huang

Nursulton Izzatulloevich Khaydarov Counsel for Defendant Josh B Ewing

☐ Retained ☐ CJA ■ FPD

Start Time 11:48 End Time 11:59 USPO N/A

Recess (if more than ½ hr) ________ to ________ Reporter/ECRO/FTR Courtsmart

Interpreter Nodira Matyakubova Language Uzbek

Total Time ________ hours 11 minutes Hearing held ■ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ■ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender Date____________
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district ______________________
☐ Order appointing FPD
☐ Order appointing Attorney ______________________
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ■ NOT guilty ☐ guilty ☐ nolo contendere; As to counts 1
Plea agreement letter ☐ filed ☐ under seal ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for ______________________ at ______________
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $________ on count(s) _______. Total of $_________ ☐ due now ☐ due at sentencing

**ORDERS**

☐ Waiver of Rule 5 hearing filed

☐ Defendant motions due__________________, Govt. responses due __________________

☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed

☐ Hearing on pending motions scheduled for ___________________ at _________________

☒ Jury Selection set for 02/02/27 at 9:00 before Judge Oliver

☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement

______________________ hearing set for ___________________ ; continued until_____________________________

**DETENTION**

☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement

☐ Order of detention filed

☐ Bond set at $_______ ☐ reduced to $________ ; ☐Non-surety ☐Surety ☐Personal recognizance

☐ Bond ☐revoked ☐reinstated ☐continued ☐modified

☐ No bond set at this time

☐ Order of temporary detention pending hearing filed

☐ Defendant detained

☐ Defendant ordered removed/committed to originating/other District of ______________________________

**CONDITIONS OF BOND**

☐ Connecticut restricted travel extended to______________________ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.

☐ Defendant must reside at ______________________________________________________________________.

☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion

☐ Defendant must surrender passport to the USPO ☐ must not apply for passport

☐ Defendant must refrain from possessing firearms or dangerous weapons

☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug

☐ Defendant must maintain employment or actively seek employment

☐ As set forth in the Order Setting Conditions of Release

☐ Other ______________________________________________________________________________________

_______________________________________________________________________________________________

**MOTIONS**

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

☐ Motion for ___________________________filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**

_______________________________________________________________________________________________

_______________________________________________________________________________________________

_______________________________________________________________________________________________

_______________________________________________________________________________________________